```
                                                                    U.S. DISTRICT COURT
                                                                    DISTRICT OF VERMONT
                   UNITED STATES DISTRICT COURT                           FILED
                            FOR THE
                      DISTRICT OF VERMONT                           2025 MAR -6  AM 11: 28

                                                                           CLERK
                                                                    BY_____
                                                                        DEPUTY CLERK
```

| | |
|---|---|
| Sandra Guzman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-1447 |
| ) | |
| Director, United States Citizenship and ) | |
| Immigration Services,[1] ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On December 2, 2024, Plaintiff filed an application for leave to proceed *in forma pauperis* ("IFP"), or without paying the filing fee, to commence an action against the Director of the United States Citizenship and Immigration Services.

2. On January 31, 2025, the court denied the IFP Application without prejudice. Plaintiff was provided the opportunity to pay the filing fee, or to refile the Application with an affidavit or declaration demonstrating her inability to pay, on or before February 28, 2025. Plaintiff was warned that if she failed to do so, the case would be dismissed without prejudice. (Doc. 3 at 3.)

3. No further filings have been received as of the date of this Order.

Because Plaintiff failed to pay the filing fee or to refile an IFP application on or before February 28, 2025, this case is DISMISSED WITHOUT PREJUDICE. The court certifies that any appeal would not be taken in good faith under 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 6th day of March, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court

---

[1] On January 31, 2025, Andrew J. Davidson was appointed Acting Director of USCIS and is automatically substituted as the defendant in this action under Fed. R. Civ. P. 25(d).